Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Eric Smith
44829 Mumm St
Temecula Ca. 92592

# UNITED STATES DISTRICT COURT
for the
Central District of California
Division



FILED
CLERK, U.S. DISTRICT COURT
3/16/23
CENTRAL DISTRICT OF CALIFORNIA
BY: ___cs___ DEPUTY

Eric Smith

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

GINA M RAIMONDO, SECRETARY OF U S DEPARTMENT OF COMMERCE

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV23-2009-MEMF(JPRx)
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Eric Smith |
| Street Address | |
| City and County | los angeles county |
| State and Zip Code | California  90806 |
| Telephone Number | 714-388-6929 |
| E-mail Address | smithandsmith@consultant.com |

Page 1 of  6

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1
- Name: GINA M RAIMONDO
- Job or Title *(if known)*: SECRETARY OF U S
- Street Address: 1401 Constitution Ave. NW,
- City and County: D.C
- State and Zip Code: Washington, 20230
- Telephone Number: (202) 482-2000
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

                E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☒ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C. 2401(B),

5TH AMENDMENT (PROCEDURAL DUE PROCESS)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Eric Smith, is a citizen of the State of *(name)* California.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

> The systemic actions of abusing investigations, without results, has greatly caused me lifetime damages and loss of opportunities. I plaintiff seek unspecified amount in compensatory damages and non-economic damages greater than 75,000.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

1.  About May of 2019 I (Eric Smith) applied for the enumerator position, for a position for the United States Census (2020) online.
2.  After not hearing from anyone, I reviewed my application and noticed the address section was incoherent. I was sure I did not make this mistake and assumed it was spell check or another simple cause.
3.  After some time, I revisited my application and noticed the same action kept, repeatedly occurring.
4.  On or about February 7th of 2020, I received a pre-employment form and a phone interview by an unknown male.
5.  On February 12, 2020, I was scheduled for fingerprinting at the Office Depot in signal hill and given the reference number "4310067."
6.  At the fingerprinting, I noticed all the other applicants appeared to be older than I was.
7.  Just prior to me taking the actual fingerprinting, a Jane doe female arrived late and began asking questions. Another applicant gave her a response, I did not. The Jane Doe then, got confrontational and rude with me for not answering her question for she looked at me and said, "I ask you a question."
8.  later, Jane doe placed herself in front of the monitor as I took my photo and began making rude comments about my picture. The male, Vendor, who took the photo on behalf of U.S. census agreed with her as I was standing next to them. Since it was a professional environment, I did not respond to their provoking, attacks on me.

9.  On December 5th, 2019, I filed a complaint with the U.S inspector general office through fax to 202-616-9881.
10. About in June of 2020, I contacted the long beach office and spoke to Malaika Tawasuti (supervisor). I recalled her dragging out the conversation and inserting claims of corruption in high level of government. I also overheard her say, "I can't tell if he is crazy." She was also aware of my complaint to the U.S inspector general office.
11. Around July of 2020, I contacted the office again and spoke to Robert W. Blough(supervisor) regarding accessing certain documents that were not available to me.
12. After the census was completed, my application status changed to available for another position I did not apply for. The process took approximately a year of my time without no results.
13. On May 3rd of 2022 I received a denial of my "administrative claims of injuries" from the Department of commerce.
14. Pursuant to 28 CFR section 14.9(a) I was notified of six months from denial to file suit.
15. On June 15th, 2022, I initiated my complaint with the EEO office and was assigned to Randy Martin (EEO specialist.)
16. In my written correspondence to the EEO Counselor on June 29th, 2022, I mistakenly dated my notice from the Department of commerce as June 2nd, 2021, rather than May 3rd of 2022.
17. On august 18 2022 I received notice of the final decision.
18. Notice of the Appeal was denied in December 2022.

   Systemic harassment.
19. The actions by the U.S. census were apart of a systemic campaign to harass me using employment, education, and other endeavors by claiming for the need of investigations since 1993. And when I filled complaints in regard then investigators use, he's crazy.
20. The systemic actions were cited in previous court filling by me:


IV.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The systemic actions of abusing investigations, without results, has greatly caused me lifetime damages and loss of opportunities. I plaintiff seek unspecified amount in compensatory damages and non-economic damages

V.   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    3/3/2023

Signature of Plaintiff    Eric Smith
Printed Name of Plaintiff    Eric Smith

B.   **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address